Watson E. Pelton, Appellant, *v.* City of Geneva, Respondent.

Argued March 7, 1941; decided April 17, 1941.

*Earl W. Murray* and *Samuel B. Dicker* for appellant.
*Albert G. Kirby* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.